IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 94-CR-00274-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LESTER FOWLER,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to withdraw and quash the Writ of Habeas Corpus Ad Prosequendum in the above-entitled case, and the Court having considered the same,

IT IS HEREBY ORDERED that the Writ of Habeas Corpus Ad Prosequendum in the above-captioned matter is withdrawn and quashed for the grounds stated in the plaintiff's motion.

SO ORDERED this   28th   day of December, 2005.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK
CHIEF, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO