IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  94-cr-00274-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     LESTER FOWLER,

        Defendant.

---

## ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

THE COURT has reviewed the Government's Petition for a Writ of Habeas Corpus Ad Prosequendum pertaining to the above-named defendant for a revocation of supervised release before the United States District Court for the District of Colorado, forthwith.  The Court is familiar with the file in this case.

Being now informed in the premises, the Court hereby orders the Clerk of the United States District Court to issues such a Writ directing the United States Marshal and any other officer in whose custody the defendant may be held to bring the body of Lester Fowler, (#1439448) DOB: 09/30/65, now confined in the Denver County Jail, 10500 Smith Road, Denver, Colorado, before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith, and from day to day thereafter, for a revocation of supervised release hearing in the United States District Court for the District of Colorado in the above-entitled and pending cause; and to hold the said defendant at all times in custody as an agent of the United States of America; that immediately after the

conclusion of the proceedings described in the above-entitled cause in the United

States District Court for the District of Colorado, the United States Marshal and any

other officer in whose custody the defendant is held shall return the defendant to the

institution where he was confined, under safe and secure conduct, and have then and

there this Writ.

DATED at Denver, Colorado, this ___16th___ day of ___August___, 2006.

BY THE COURT:


__ s/Lewis T. Babcock _____
LEWIS T. BABCOCK, CHIEF
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO