IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  94-cr-00274-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     LESTER FOWLER,

        Defendant.

## ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE COURT has reviewed the Government's Petition for a Writ of Habeas Corpus Ad Prosequendum pertaining to the above-named defendant for a revocation of supervised release before the United States District Court for the District of Colorado, forthwith.  The Court is familiar with the file in this case.

Being now informed in the premises, the Court hereby orders the Clerk of the United States District Court to issues such a Writ directing the United States Marshal and any other officer in whose custody the defendant may be held to bring the body of Lester Fowler, (#57573) DOB: 09/30/65, now confined in the Department of Corrections, East Canyon Complex, P.O. 200, Canon City, Colorado, before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith, and from day to day thereafter, for a revocation of supervised release hearing in the United States District Court for the District of Colorado in the above-entitled and pending cause; and to hold the said defendant at all times in custody as an agent of the United States of America;

that immediately after the conclusion of the proceedings described in the above-entitled cause in the United States District Court for the District of Colorado, the United States Marshal and any other officer in whose custody the defendant is held shall return the defendant to the institution where he was confined, under safe and secure conduct, and have then and there this Writ.

DATED at Denver, Colorado, this   6th   day of   September  , 2006.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO